UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LARRY ROBERT MOSS, and<br>MELINDA FAYE MOSS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>CHRISTIAN ATHLETES, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)    Case No. 1:13-cv-86<br>)<br>)    Judge Mattice<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is the parties' "Stipulation of Dismissal." (Doc. 71). The parties have advised the Court that they have settled this matter in its entirety through mediation and now wish to dismiss all claims in this action with prejudice. (*Id.*; Doc. 69).

Although the parties' title their filing a "Stipulation" of Dismissal, they move the Court for an entry of an order dismissal. (S*ee* Doc. 71). Thus, the Court construes the Stipulation as a Motion for a Court order of dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Pursuant to the parties' representations, the construed Motion for a Court order of dismissal (Doc. 71) is hereby **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** this 16th day of May, 2014.

                                             */s/ Harry S. Mattice, Jr.*
                                             HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE